UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAWAN GARCIA #727012** | **CIVIL ACTION NO. 24-158 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MIKE TUBBS ET AL** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 7), no written objections having been filed, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims upon which relief may be granted.

THUS ORDERED AND SIGNED in Chambers this 18th day of November, 2024.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT